OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



July 3, 2014

Mark A. Aronchick
Hangley, Aronchick, Segal, Pudlin & Schiller
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103

Byron J. Babione
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260

James A. Campbell
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260

Frank A. Chernak
Ballard Spahr
1735 Market Street
51st Floor
Philadelphia, PA 19103

Kenneth J. Connelly
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260

Jeffrey A. Conrad
Clymer, Musser, Brown & Conrad
408 West Chestnut Street
Lancaster, PA 17603

Leslie Cooper

American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004

Jonathan C. Dalton
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260

Joel L. Frank
Lamb McErlane
24 East Market Street
P.O. Box 565
West Chester, PA 19381

William H. Lamb
Lamb McErlane
24 East Market Street
P.O. Box 565
West Chester, PA 19381

Maureen M. McBride
Lamb McErlane
24 East Market Street
P.O. Box 565
West Chester, PA 19381

John P. McLaughlin
Ballard Spahr
1735 Market Street
51st Floor
Philadelphia, PA 19103

Rebecca S. Melley
Hangley, Aronchick, Segal, Pudlin & Schiller
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103

Mary Catherine Roper
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106

James M. Smith

Smith Law Group
14133 Kutztown Road
P.O. Box 626
Fleetwood, PA 19522

John S. Stapleton
Hangley, Aronchick, Segal, Pudlin & Schiller
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103

Dylan J. Steinberg
Hangley, Aronchick, Segal, Pudlin & Schiller
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103

Molly M. Tack-Hooper
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106

Witold J. Walczak
American Civil Liberties Union
313 Atwood Street
Pittsburgh, PA 15213

Randall L Wenger
Independence Law Center
23 North Front Street
Harrisburg, PA 17101


RE: Deb Whitewood v. Secretary PA Dept Health
Case Number: 14-3048
District Case Number: 1-13-cv-01861


ENTRY OF JUDGMENT

Today, **July 03, 2014** the Court issued a case dispositive order in the above-captioned matter which serves as this Court's judgment. Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment
45 days after entry of judgment in a civil case if the United States is a party

Page Limits:
15 pages

Attachments:
A copy of the panel's dispositive order only. No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. If separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to a combined 15 page limit. If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Christina M. Koperna*
Christina M. Koperna, Case Manager
267-299-4930